# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0306-01-CR-W-FJG |
| ) | |
| Nathan Moore, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's competency. On December 12, 2008, defendant filed a motion for determination of competency (Doc. #10). Thereafter, on March 31, 2009, United States Magistrate John T. Maughmer, held a hearing regarding defendant's competency at which time the parties stipulated to a report prepared by Michele V. Gaines, M.A. and Robert L. Denney, Psy.D. That report concluded that defendant does not suffer from a mental disease or defect that would substantially impair his present ability to understand the nature and consequences of the proceedings against him, or to assist in his defense.

Magistrate Judge Maughmer issued a report and recommendation (Doc. #20), filed April 1, 2009, finding that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assist in his own defense.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Chief Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 4/30/09
Kansas City, Missouri